Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mey L. Saeturn<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>            Defendant. | Civil Action No: 2:22-cv-00636-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, September 26, 2022, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  08/29/2022                              / s / Joseph Fraulob
                                                              Joseph Fraulob
                                                              Attorney for Plaintiff

Dated:  08/29/2022                              / s / Andrea Banks
                                                              Andrea Banks
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant

IT IS ORDERED.

Date: August 30, 2022.
                                                              _____
                                                              EDMUND F. BRENNAN
                                                              UNITED STATES MAGISTRATE JUDGE