Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mey L. Saeturn | Civil Action No: 2:22-cv-00636-EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, October 26, 2022, to file the Motion for Summary Judgment.

~~IT IS HEREBY NOTED that this is plaintiff's first extension requested.~~

Dated:  09/26/2022                           / s / Joseph Fraulob
                                             Joseph Fraulob
                                             Attorney for Plaintiff

Dated:  09/26/2022                           / s / Andrea Banks
                                             Andrea Banks
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

IT IS ORDERED.

Date: September 28, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE