Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mey L. Saeturn<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:22-cv-00636-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of fifteen days, through Thursday, November 10, 2022, to file the Motion for Summary Judgment.  Counsel respectfully requests that good cause be found as the parties are considering if a voluntary dismissal would be possible.

IT IS HEREBY NOTED that this is plaintiff's third extension requested.

Dated:  10/26/2022                                                / s / Joseph Fraulob
                                                                              Joseph Fraulob
                                                                              Attorney for Plaintiff

Dated:  10/26/2022                                                / s / Andrea Banks
                                                                              Andrea Banks
                                                                              Special Assistant U.S. Attorney
                                                                              Attorney for Defendant

IT IS ORDERED.

Date: October 27, 2022.                                   _____
                                                                              EDMUND F. BRENNAN
                                                                              UNITED STATES MAGISTRATE JUDGE