HADLEY & FRAULOB
A Professional Law Corporation
230 5th Street
Marysville, CA 95901
Phone: (530) 743-4458
FAX: (530) 743-5008

JOSEPH C. FRAULOB - CA State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEY L. SAETURN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CIV. NO. 2:22-cv-00636-EFB

STIPULATION FOR DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: November 29, 2022

/ s / *Joseph C. Fraulob*
JOSEPH C. FRAULOB
Attorney for Plaintiff

Dated: November 29, 2022

/ s / *Andrea Lee Banks*
(As authorized via email Nov. 29, 2022)
Andrea Lee Banks
    Special Assistant U.S. Attorney
Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Date: November 29, 2022.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE